IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KATHRYN EVANCHO | |
| Plaintiff, | |
| v. | Civil Action CCB00CV972 |
| CROWN LINEN SERVICES, INC. | |
| Defendant | |

### ORDER

Upon consideration of the Defendant's Consent Motion to Continue Trial and the record herein, it is this _____6____ day of __Sept__, 2001;

ORDERED that:

a. Defendant's Consent Motion to Continue Trial is GRANTED;

b. The trial of this matter is continued from November 5 through November 8, 2001 to a date to be set by the Court; The current schedule set by the Court on January 22, 2001 is **CANCELLED**. A conference call has been set for **October 11, 2001** at **9:15 a.m.** to discuss new dates. Our office will initiate the call.

_____
Catherine C. Blake
United States District Judge

cc: Thomas S. Basham
Wendy Shiff, Esquire

L:\5568\Order for Continuance 09-04-01.doc